IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HRHR EQUITY INVESTMENT LLC,** *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-378 (MTT) |
| **PATEL,** *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### ORDER

The complaint asserts claims for damages arising out of the plaintiffs' investments in various limited liability companies organized by the individual defendants. Doc. 1 at 30. The defendants are parties to ongoing bankruptcy proceedings in the Middle District of Georgia. Doc. 4 at 2. The case was removed from the Superior Court of Gwinnett County to the Northern District of Georgia with the intent to "file a motion to transfer venue of this proceeding to the United States District Court for the Middle District of Georgia, where it will presumably be referred to the Bankruptcy Court[.]" Doc. 1 at 3. The motion to transfer restates this intention. Doc. 4 at 1.

There is a general referral order in this District stating that "any and all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district." 2012-01 Order of Reference – Title 11 Bankruptcy Referrals, General Orders | Middle District of Georgia | Untied States District Court, http://www.gamd.uscourts.gov/court-info/local-rules-and-orders/general-orders. This case falls squarely within that order. Therefore,

-2-

this matter is **REFERRED** to the bankruptcy court to be decided as part of the defendants' ongoing bankruptcy proceedings, Case No. 22-51106,[1] pursuant to the general referral order.

    **SO ORDERED**, this 27th day of October, 2022.

                                          S/ Marc T. Treadwell
                                          MARC T. TREADWELL, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

---

[1] Case No. 22-51106 is jointly administered with the following cases: 22-51107; 22-51109; 22-51110; 22-51111; and 22-51112. *See* Docs. 1 at 2; 4 at 2-3.